

FILED

09/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0378

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0378

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KEITH CHARLES BAYLOR,

Defendant and Appellant.

FILED

SEP 21 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Keith Charles Baylor filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that he has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Baylor was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We have determined to grant counsel's motion because we have found no nonfrivolous issues that Baylor could raise on direct appeal.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

DATED this 21st day of September, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices